# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMIR ZAYYA YOUKHANNA,<br><br>            Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>            Defendant.<br>_____ | Case No.: 1:11-at-00624<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Doc. 3) |

Plaintiff Samir Zayya Youkhanna filed a complaint on September 30, 2011, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED THAT:

1.     Plaintiff's application to proceed *in forma pauperis* is GRANTED;

2.     The Clerk of Court is DIRECTED to issue a summons; and

3.     The United States marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

**Dated:    September 30, 2011**            /s/ Sheila K. Oberto
                                          UNITED STATES MAGISTRATE JUDGE