```
Sengthiene Bosavanh, Esq. #249801
Milam Law
948 11th Street, Suite 17
Modesto, California 95354
(559) 264-2800
   Attorney for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Samir Youkhanna )<br>)<br>       Plaintiff, )<br>)<br>vs. )<br>)<br>Commissioner of Social )<br>Security, )<br>)<br>       Defendant. )<br>_____ ) | 1:11-cv-01664-AWI-DLB<br><br>STIPULATION AND ORDER TO DISMISS |

IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on September 30, 2011 on behalf of Plaintiff be dismissed. After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue. Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal, each party to bear its own costs.

Dated: May 31, 2012           /s/ Sengthiene Bosavanh

                              SENGTHIENE BOSAVANH, ESQ.
                              Attorney for Plaintiff

Dated: May 31, 2012
                              BENJAMIN B. WAGNER
                              United States Attorney

                              By: /s/ Elizabeth Berry
                              (as authorized via email)
                              ELIZABETH BARRY
                              Assistant Regional Counsel

///

IT IS SO ORDERED.

Dated:   June 12, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE